# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES FIDELITY and GUARANTY COMPANY, 385 Washington Street, St. Paul, Minnesota 55102, | : : : : : |
| Plaintiff, | : : |
| vs. | : : : |
| CONSUMER INNOVATIONS, LLC, 7228 Dreamy Draw Drive, Phoenix, Arizona 19103, | : : : : |
| and | : : |
| WEBLOYALTY.COM., INC., 101 Merritt 7, Seventh Floor, Norwalk, Connecticut 06581, | : : : : |
| Defendants. | : : |

CIV. NO. _____

APPENDIX OF EXHIBITS TO COMPLAINT FOR DECLARATORY RELIEF

**JURY TRIAL DEMANDED**

Respectfully submitted,

COZEN O'CONNOR


BY: /s/ Sean J. Bellew
　　　Sean J. Bellew
　　　Suite 1400, Chase Manhattan Centre
　　　1201 North Market Street
　　　Wilmington, DE 19801
　　　(302) 295-2000 or (888) 207-2440
　　　(302) 295-2013 fax
　　　Attorneys for Plaintiff,
　　　United States Fidelity and Guaranty
　　　Insurance Company

Dated: December 13, 2005

**TABLE OF CONTENTS TO APPENDIX OF EXHIBITS**

| EXHIBIT DESCRIPTION | EXHIBIT ID |
|---|---|
| USF&G Policy No. BK01443023 Issued to Consumer Innovations LLC for the period 05/14/2003 to 05/14/2004 | 1. |
| Webloyalty Complaint filed in U.S.D.C. for District of Delaware at docket number 1:04-0090 | 2. |
| Webloyalty's Sell Page | 3. |
| Consumer Innovations' Sell Page | 4. |
| Webloyalty's Banner | 5. |
| Consumer Innovations' Banner | 6. |
| U.S.D.C. District of Delaware Court Docket 1:04-cv-0090 | 7. |
| Webloyalty's Amended Complaint | 8. |
| Relevant excerpts of the Trial Transcript held before the Honorable Kent A. Jordan on February 22, 2005 | 9. |
| Consumer Innovations' Objections and Responses to Webloyalty's Proposed Findings of Fact and Conclusions of Law | 10. |
| Consumer Innovations' Answer to Webloyalty's First Amended Complaint | 11. |
| January 13, 2005 Memorandum Order | 12. |
| February 17, 2005 Memorandum Order | 13. |
| USF&G's reservation of rights letter dated February 12, 2004 | 14. |
| Relevant excerpts of the Deposition of Jason Edwards taken on July 26, 2004 | 15. |
| Relevant excerpts of the Deposition of Matthew Gordon taken on July 27, 2004 | 16. |
| Consumer Innovations' "First Draft" of Sell Page | 17. |
| Consumer Innovations' Proposed Pre-trial Stipulation | 18. |
| USF&G's letter of the March 10, 2005 reminding Consumer Innovations of its obligations under the Policy | 19. |

| **EXHIBIT DESCRIPTION** | **EXHIBIT ID** |
|---|---|
| R. Corey Hill's [personal counsel for Consumer Innovations] letter of March 18, 2005 to USF&G attaching a draft Settlement Agreement and Covenant Not to Execute | 20. |
| USF&G's letter of April 6, 2005[1] responding to Hill's letter of March 18, 2005 regarding Consumer Innovations' Assignment of Rights | 21. |
| R. Corey Hill's letter of April 12, 2005 advising Consumer Innovations had assigned its rights and attaching a revised Settlement Agreement and Covenant Not to Execute | 22. |
| USF&G's letter of May 6, 2005 responding to revised Settlement Agreement and Covenant Not to Execute | 23. |
| USF&G's letter of May 6, 2005 supplementing its reservation of rights letter | 24. |
| Webloyalty's Proposed Findings of Fact and Conclusions of Law | 25. |
| Court's Final Judgment of October 6, 2005 in Favor of Webloyalty | 26. |
| Court's Post-Trial Findings of Fact and Conclusions of Law of September 26, 2005 | 27. |
| USF&G's denial letter to Consumer Innovations dated December 12, 2005 | 28. |

---

[1] The date recorded on the referenced letter reads "April 6, 2004" but it is clearly a typographical error as the first paragraph of the letter alludes to two letters dated in March 2005.