# Exhibit 15

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WEBLOYALTY.COM, INC.,           )
                                )
            Plaintiff,          )
                                )
                                )   Civil Action
v.                              )   No. 04-0090 (KAJ)
                                )
CONSUMER INNOVATIONS, LLC,      )
                                )
            Defendant.          )


    Videotape deposition of JASON EDWARDS, individually and pursuant to Rule 30 (b)(6), taken pursuant to notice at the law offices of Morris, Nichols, Arsht & Tunnell, 1201 North Market Street, Wilmington, Delaware, beginning at 9:20 a.m., on Monday, July 26, 2004, before Eleanor J. Schwandt, Registered Merit Reporter and Notary Public.


APPEARANCES:

    STEVEN LIEBERMAN, ESQ.
    ROTHWELL, FIGG, ERNST & MANBECK, P.C.
     1425 K Street, N.W. - Suite 800
     Washington, D.C.  20005
     for the Plaintiff

    DANIEL A. GRIFFITH, ESQ.
    MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
     1220 Market Street - 5th Floor
     Wilmington, Delaware  19801
     for the Defendant

ALSO PRESENT:

    MATTHEW GORDON, Consumer Innovations, LLC



WILCOX & FETZER
1330 King Street - Wilmington, Delaware 19801
(302) 655-0477