# Exhibit 17

| From: | Customer Service |
| Sent: | Wednesday, December 17, 2003 4:32 PM |
| To: | Jeffrey Lindermeier |
| Subject: | Walter Drake Copy |
| Attach: | Traveler Innovations WDrake Copy.doc |

Jeff,

Here is the copy for the Traveler Innovation program with Walter Drake. I will call you to discuss.

Thanks,
Matt

Here are the Pre-populated post fields:

First Name
Last Name
Street Address 1
Street Address 2
City
State
Zip
Email

Here are the fields we will ask the consumer to fill in

CVV2 code - (we will need a 'help' button explaining how to find this, like you see on sites asking for this)
Place Of Birth

<<...>>

WLI-HM-00072

## Traveler Innovations

## A Special Thank You Reward For Walter Drake Customers!!!

## Congratulations...
click YES below to register for Traveler Innovations and get your Money-Saving
Discounts up to 50%... plus your $10.00 Cash Back Award!

**Thank You... sign up to claim your rewards!**
To thank you for your purchase at Walter Drake today, click YES below to get your
$10.00 Cash Back Award on your next Walter Drake purchase plus sign up for all the
money-saving benefits of Traveler Innovations, our premier online travel discounts and
protection program!

Get your $10.00 Cash Back Award on your next Walter Drake purchase just for trying
Traveler Innovations plus enjoy all this FREE for the next 30 days...

**Up to 50% off Hotels Worldwide** Enjoy up to 50% off standard rack rates at thousands
of participating properties, including such great names as Hilton, Sheraton, Radisson,
Residence Inn by Marriott and many more.

**Skiing Discounts** Members ski and snowboard for less in Vail, Lake Tahoe, Park City
and thousands more destinations. Get preferred rates and discounts on lift tickets, lessons,
lodging, rentals, and more.

**Save on Dining** As a member, you are entitled to significant discounts and specials at
dining establishments ranging from upscale restaurants to casual family eateries and ice
cream parlors. Currently, members save at over 15,000 restaurants around the globe.

**Golf Discounts** Save up to 50% off greens fees at exciting courses throughout the US,
Canada, and many international countries. Challenging courses are continually being
added to the savings program, which now features preferred rates at Premier Destinations
like Hilton Head, Myrtle Beach, Pinehurst, Palm Springs, Republic of Ireland, Scotland
and many others. Save 10% on stay-and-play packages at fine golf resorts, or sharpen
your game while enjoying 2-for-1 discounts at driving ranges.

**Special Discounts on Recreation** Save up t 50% on recreation and family fun. Members
receive reduced rates on a wide variety of activities, sports, adventure and amusement
activities, including laser tag, miniature golf, hot air balloon rides, family theme parks,
white-water rafting, movie theaters, museums, live theatre, and historic home tours... to
name just a few.

**Cruise and Condo Discounts** Resort rentals offer luxury amenities at vacation
destinations worldwide. Members can take advantage of these private properties during
non-peak seasons at fabulous rates.

WLI-HM-00073

**Car and RV Rental Special Pricing** Slash your car and RV rental costs with discounts of 10% - 25%. Suppliers include Alamo, AVIS,

**Extra Reward -- $10.00 Cash Back Award on your next Walter Drake purchase**
As a member of Traveler Innovations you get your $10.00 Cash Back Award good for your next Walter Drake purchase. Just make a purchase anytime in the next 3 months, send Traveler Innovations your order confirmation and Cash Back Award coupon and we'll send you the Cash! It's that easy and no minimum purchase is required! So, go ahead and save money shopping for your favorite things at Walter Drake... get anything you want... it's up to you! Click here for full details on your $10.00 Cash Back Award

**So claim all your Traveler Innovations benefits... plus get your $10.00 Cash Back Award!** You'll get your $10.00 Cash Back Award and instructions on the next page so you can access the site and start saving today! Plus we'll send your Membership Kit email to you at your email address. Try all the benefits for the next 30 days FREE and see how much you save! There's no obligation to continue. If you are completely satisfied, do nothing and you'll enjoy ongoing savings for only $7 a month and of course you have our Money-Back Guarantee as described in the Offer Details! You can print out up to 100 discount coupons every year for your favorite places whenever you want!

Offer Details:
Get your $10.00 Cash Back Award on your next Walter Drake purchase, Money-Saving Discounts FREE for the next 30 days plus all the valuable benefits of Traveler Innovations, with our compliments. It's a Special Reward for your purchase at Walter Drake today! If you are 100% satisfied during your trial, do nothing. All your Traveler Innovations discounts and protection will automatically continue for just $7 a month billed by Traveler Innovations to the credit card or deducted from the debit card you used at Walter Drake today. For your convenience Traveler Innovations will use the contact and credit or debit card information you provided to Walter Drake today for billing and benefit processing. In the event your monthly membership fee was to ever change, you would be notified before you are billed. Traveler Innovations benefits may be enhanced or modified at any time without prior notice. And, you have our Money Back Guarantee! If at anytime you are not completely satisfied during your trial or thereafter, simply call Traveler Innovations toll free at 1-888-688-5995 to let us know you wish to cancel your monthly membership benefits and you will get a refund of the current month's fee and owe nothing further. All your benefits and access will be canceled immediately. All the money you save is yours to keep!

WLI-HM-00074