# Exhibit 26

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEBLOYALTY.COM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-90-KAJ |
| ) | |
| CONSUMER INNOVATIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

IT IS HEREBY ORDERED, for the reasons stated in the Court's September 26, 2005 Post-Trial Findings of Fact and Conclusions of Law (D.I. 157), that judgment in this case is entered as follows:

1. Judgment is entered in favor of plaintiff Webloyalty.com, Inc. ("Webloyalty") and against defendant Consumer Innovations, LLC ("CI"), in the amount of $25,000 on Webloyalty's claim for willful infringement of Copyright Registration No. TX 5842219.

2. Judgment is entered in favor of Webloyalty and against CI in the amount of $25,000 on Webloyalty's claim for willful infringement of Copyright Registration No. TX 5875671.

3. CI, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, are hereby permanently enjoined from using the CI Sell Page (PTX-3) or CI Banner (PTX-7), and/or any other material substantially similar to the Webloyalty Sell Page and/or the Webloyalty Banner, which are depicted by Copyright Registration Nos. TX 5842219 and TX 5875671, respectively.

4.  Webloyalty is awarded $226,611.75 in attorneys' fees and $42,727.79 in costs.

5.  Judgment is entered in favor of CI and against Webloyalty on Webloyalty's claim for trade dress infringement.

                                                                                         _____
                                                                                          United States District Judge

Dated: October 6, 2005
Wilmington, Delaware

485354