UNITED STATES DISTRICT COURT
District of Delaware

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY,<br><br>             Plaintiff,<br><br>    v.<br><br>CONSUMER INNOVATIONS, LLC and WBELOYALTY.COM, INC.,<br><br>             Defendants. | :<br>:<br>:<br>:<br>:<br>:   CASE NUMBER: <u>05-860</u><br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF VOLUNTARY DISMISSAL OF CIVIL ACTION

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the United States Fidelity & Guaranty Company (the "Plaintiff") hereby voluntarily dismisses the Complaint in the above-captioned Civil Action. No responsive pleading was filed in this Civil Action.

Dated: March 3, 2006

COZEN O'CONNOR

/s/ Sean J. Bellew
Sean J. Bellew, Esquire (I.D. No. 4072)
David A. Felice, Esquire (I.D. No. 4090)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
(302) 295-2026

Attorneys for Plaintiff

WILM1\33848\1 099994.000